USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: APR 0 1 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

CEREPLAST, INC.

                       Plaintiff,

-v-                                       13 Civ. 3120 (AJN)

MAGNA GROUP, L.L.C., ET AL.                 ORDER

                       Defendants.

------------------------------------------------------------------X

ALISON J. NATHAN, District Judge:

      The Court has been informed that Plaintiff/Counterclaim Defendant in the above-captioned matter filed for bankruptcy on February 10, 2014. *See* Dkt. No. 30; *In re Cereplast, Inc.*, No. 14-90200-BHL-7 (Bankr. S.D. Ind. Feb. 10, 2014).

      Because Plaintiff has entered bankruptcy proceedings, an automatic stay of this litigation is required by 11 U.S.C. § 362. It is therefore ORDERED that this case be suspended. Plaintiff shall submit semi-annual letters as to the status of the relevant bankruptcy proceeding. Plaintiff's letters shall indicate whether this case should remain on suspense, or be dismissed or restored to the calendar. The first of these letters shall be submitted on or before October 1, 2014.

      SO ORDERED

Dated: April ____, 2014
           New York, New York

_____
ALISON J. NATHAN
United States District Judge