USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 0 6 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Cereplast, Inc.,

        Plaintiff,

–v–

Magna Group, L.L.C., et al.,

        Defendants.

13-cv-3120 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    This case is stayed due to Plaintiff's bankruptcy proceedings. In an order dated April 1, 2014, the Court directed Plaintiff to submit semi-annual letters as to the status of that proceeding, the first of which was due on October 1, 2014. *See* Dkt. No. 31. As of the date of this order, no such status letter has been filed. Plaintiff is hereby ordered to submit to the Court by October 10, 2014, a status letter indicating whether this case should remain on suspense, or be dismissed or restored to the calendar.

    SO ORDERED

Dated: October 6, 2014
       New York, New York

                                        ALISON J. NATHAN
                                        United States District Judge